U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2011 NOV 28 PM 2:11

November 21, 2011

UNITED STATES DISTRICT COURT - N.H.
55 Pleasant Street  Rm 110
Concord New Hampshire  03301-3941
Clerk of Court: James R. Starr

Clerk:

Please note of record that Mr. Joseph Haas is authorized by Executor Edward Lewis...Brown who is Executor for, EDWARD LEWIS BROWN, ESTATE.
EDWARD L. BROWN, ESTATE.
EDWARD BROWN, ESTATE and/or any variation thereof;
For continuing investigation for all TORTS against the Estate's/ESTATE'S for Edward Lewis Brown, Estate's and Elaine Alice Brown, Estate's.
Re Case #s 06-cr-0071-01/02 sm and/or any other case pertaining to. Please provide him all information and courtesy. If I can be of any further service please contact me at:

Sovereign/Executor: Edward Lewis...Brown
Sovereign/Executor: Edward Lewis...Brown
   For           EDWARD BROWN - ESTATE
            [unit-I Range-D cell-4]
               General
            c/o P.O Box [1000]
            Marion Illinois.

YHVH