December 26, 2013

James R. Starr: Clerk of Court
UNITED STATES DISTRICT COURT   NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
JAN -7 '25"
FILED

Sir:
   Having been held in high maximum CMU communication management Unit for the past six and one half years this is the first opportunity I've had to begin to clear my wife Elaine Alice and myself: Edward Lewis, both of the clan Brown and both Sovereign, Not U.S. or Act of 1871, defacto-Constitution citizens of that Democracy under the 14th Amendment.

   We are Sovereign, sentient, white, Private, man and woman of the soil who are pre-Constitution, common law; Republic stewards of the nation of New Hampshire under the Creator of the universe, blessed be He

   We have the knowledge of the two worlds of your Illuminated peers and I am rapidly understanding the knowledge of the five worlds of Abba.

Point: We seek the proper, neutral, lawful court(s) of the Common law Republic, which we truly thought was your court untill we realized the collusion of the A.S.U.A./D.O.J. and Judicial with the Public Defender(s).

P.2

We are seeking a court that is not influenced by the private Crown Templar B.A.R.. We believe you know where these court(s) are located or opened. We ask you to please stop using Orwellian doublespeak and Hegelian dialectics and guide us properly. It is time you and your illuminated peers return us to our stewardship for Abba as we wait for His return. Thank you.

I pass a recent message from Abba (YHVH) to one Dr. Alexander, to me and now you, if you understand higher consciousness:

"You are loved and cherished, dearly, forever."
"You have nothing to fear."
"There is nothing you can do wrong".
                                                    Abba

None of you know my Elaine and I. We have no known enemies. Why do you people try so hard? Please change your course. You are all steering for the wrong gate.

"Compassion is the doorway to grace, and to the final realization of who we are and why we are here, and of the ultimate source of all creation".
                                                    Dr. David R. Hawkins.

Please find me
            Sincerely,

P.S. Pay It Forward!        Sovereign Edward Lewis Brown
                                    steward - witness
                                                    YHVH

19.5 HRTZ.
Harmonics

Hospitalers malta    Templar    Jesuits Carbonari    celtic cross    Annunaki